# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | ALKU TECHNOLOGIES, LLC | 1/11/2023 | 266895 | Check | $ 27,120.00 |
| Akorn Operating Company, LLC | ALKU TECHNOLOGIES, LLC | 1/19/2023 | 266971 | Check | $ 4,600.00 |
| Akorn Operating Company, LLC | ALKU TECHNOLOGIES, LLC | 1/19/2023 | 267050 | Check | $ 9,200.00 |
| | | | | | $ 40,920.00 |