**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) |
| Debtors. | |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, | |
| Plaintiff, | Adv. Proc. No. 25-50231 (KBO) |
| v. | |
| ALKU TECHNOLOGIES, LLC, | |
| Defendant. | |

**STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff George L. Miller, solely in his capacity as Chapter 7 Trustee of Akorn Holding

Company LLC, et al., and Defendant ALKU Technologies, LLC, by and through their undersigned

counsel, hereby stipulate to dismiss with prejudice this adversary proceeding pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to this adversary proceeding by Federal

Rule of Bankruptcy Procedure 7041.

---

[1]    The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

| **SAUL EWING LLP** | **SHERIN AND LODGEN LLP** |
|---|---|
| */s/ Paige N. Topper*<br>Evan T. Miller (DE Bar No. 5364)<br>Paige N. Topper (DE Bar No. 6470)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>evan.miller@saul.com<br>paige.topper@saul.com<br><br>*Counsel for Plaintiff George L. Miller, in his capacity as Chapter 7 Trustee* | */s/ John C. La Liberte*<br> John C. La Liberte<br> One Lincoln Street<br> 14th Floor<br> Boston, MA 02111<br> Telephone: (617) 646-2173<br> JCLaLiberte@sherin.com<br><br>-and-<br><br>**FOX ROTHSCHILD LLP**<br>Stephanie Slater Ward (DE Bar No. 6922)<br>1201 N. Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 654-7444<br>sward@foxrothschild.com<br><br>*Counsel for Defendant ALKU Technologies, LLC* |

Dated: January 7, 2026